# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
MAR 0 6 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

WARRANT FOR ARREST

CHRISTOPHER ALMAGUER

CASE NUMBER: W18-64M

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CHRISTOPHER ALMAGUER _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

( ) Indictment   ( ) Information   (X) Complaint   ( ) Order of court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him or her with: did employ, use, persuade, induce, entice, and coerce or did attempt to employ, use, persuade, induce, entice, and coerce, a minor to engage in sexually explicit conduct for the purpose pf producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, by any means, in violation of Title 18, United States Code, Sections 2251(a) and (e).

JEFFREY C. MANSKE
Name of Issuing Officer

_Jeffrey C. Manske_ (signature)
Signature of Issuing Officer

Bail fixed at $ _Detained_

U. S. Magistrate Judge
Title of Issuing Officer

March 2, 2018          Waco, TX
Date and Location

by Jeffrey C. Manske, U. S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**Warrant Returned Unexecuted Superseded By Writ dated 3/2/18**