**FILED**

MAR 1 3 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO.  **W18CR069** |
| | * | |
| Plaintiff, | * | **I N D I C T M E N T** |
| | * | |
| | * | [VIO: COUNT ONE:  18 U.S.C. 2251(b) |
| V. | * | and (e)—Sexual Exploitation of Children; |
| | * | COUNT TWO and COUNT THREE: 18 |
| | * | U.S.C. 2251(a) and (e) – Production of Child |
| | * | Pornography; COUNT FOUR:  18 U.S.C. |
| CHRISTOPHER ALMAGUER, | * | 2252A(a)(5)(B) and (b)(2) – Possession of |
| | * | Visual Depictions of Sexual Activities by |
| Defendant | * | Minors] |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
**[18 U.S.C. 2251(b) and (e)]**

On or about July 21, 2017, the exact date unknown to the Grand Jury, in the Western District of Texas and elsewhere, Defendant,

**CHRISTOPHER ALMAGUER,**

being a parent, legal guardian and having custody and control of a minor, did knowingly permit and attempt to permit a minor, M.A., to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce and mailed, and the visual depictions were produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, by any means, including by computer, and such visual depictions had actually been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(b) and (e).

## COUNT TWO
### [18 U.S.C. 2251(a) and (e)]

On or about March 15, 2017, the exact date unknown to the Grand Jury, in the Western District of Texas and elsewhere, Defendant,

**CHRISTOPHER ALMAGUER,**

did employ, use, persuade, induce, entice, and coerce or did attempt to employ, use, persuade, induce, entice, and coerce a minor, A.Q., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, by any means, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
### [18 U.S.C. 2251(a) and (e)]

On or about March 7, 2017, the exact date unknown to the Grand Jury, in the Western District of Texas and elsewhere, Defendant,

**CHRISTOPHER ALMAGUER,**

did employ, use, persuade, induce, entice, and coerce or did attempt to employ, use, persuade, induce, entice, and coerce a minor, K.K., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, by any means, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT FOUR**
**[18 U.S.C. 2252A(a)(5)(b) and (b)(2)]**

On or about February 26, 2018, in the Western District of Texas, Defendant,

**CHRISTOPHER ALMAGUER,**

did knowingly possess and attempt to possess material which contained one or more images of

child pornography, to-wit: images depicting minors, including prepubescent minors and minors

who had not attained twelve (12) years of age, engaging in genital-genital, anal-genital,

oral-genital sexual intercourse and lascivious exhibition of the genitals and pubic area, that had

been mailed, shipped and transported using any means and facility of interstate and foreign

commerce, and that had been produced using materials that had been mailed, shipped and

transported in and affecting interstate and foreign commerce, by any means, including by

computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2),

and 2256(8)(A).

A TRUE BILL:

_____
FOREPERSON

JOHN F. BASH
UNITED STATES ATTORNEY

_____
By:   GREGORY S. GLOFF
Assistant United States Attorney